UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CLARENCE and TAMMY FROST,
individually and on behalf of all
others similarly situated,

        Plaintiffs,

v.

ALLINA HEALTH,

        Defendant.

Case No. 24-CV-2180 (PJS/LIB)

ORDER OF DISMISSAL

---

Based upon the Stipulation for Dismissal filed by the parties on September 4, 2024 [ECF No. 12],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: September 4, 2024

                                             s/Patrick J. Schiltz
                                             Patrick J. Schiltz, Chief Judge
                                             United States District Court